# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155571-7

DORIS COLLINS, ROBIN PLEASANT, and
JASON PHINISEE,
        Plaintiffs-Appellees,

v

CITY OF FLINT, DAYNE WALLING, and
HOWARD CROFT,
        Defendants-Appellants,
and

DARNELL EARLY,
        Defendant,
and

STATE OF MICHIGAN,
        Intervening Party.
_____/

SC: 155571
COA: 334792
Ct of Claims: 2016-000115-MZ

ERMA LEE VALE,
        Plaintiff-Appellee,

v

CITY OF FLINT,
        Defendant-Appellant,
and

STATE OF MICHIGAN,
        Intervening Party.
_____/

SC: 155572
COA: 334793
Ct of Claims: 2016-000116-MK

FAYLENA MORRIS, Guardian/Conservator of
HODGES MORRIS,
        Plaintiff-Appellee,

v

MICHAEL GLASGOW and CITY OF FLINT,
        Defendants-Appellants,
and

DARNELL EARLY,
        Defendant,
and

STATE OF MICHIGAN,

SC: 155573
COA: 334794
Ct of Claims: 2016-000144-MZ

Intervening Party.

_____/

QUALIMETRA TEAT, Next Friend of
AAMIYAH TEAT and BRYANT TEAT,
   Plaintiff-Appellee,

v

MICHAEL GLASGOW and CITY OF FLINT,
   Defendants-Appellants,
and

DARNELL EARLY,
   Defendant,
and

STATE OF MICHIGAN,
   Intervening Party.

_____/

SC: 155574
COA: 334795
Ct of Claims: 2016-000145-MZ

EBONY MILLER MARSHALL, Next Friend of
LATERRENCE MILLER and JERRIONA
MILLER,
   Plaintiff-Appellee,

v

MICHAEL GLASGOW and CITY OF FLINT,
   Defendants-Appellants,
and

DARNELL EARLY,
   Defendant,
and

STATE OF MICHIGAN,
   Intervening Party.

_____/

SC: 155575
COA: 334796
Ct of Claims: 2016-000146-MZ

CHRISTOPHER STRILER,
> Plaintiff-Appellee,

v

MICHAEL GLASGOW and CITY OF FLINT,
> Defendants-Appellants,

and

DARNELL EARLY,
> Defendant,

and

STATE OF MICHIGAN,
> Intervening Party.

SC: 155576
COA: 334797
Ct of Claims: 2016-000174-MZ

_____/

ASHLEY JEAN BUSH, Next Friend of ISAIAH
BUSH and McKINLEY JERKE,
> Plaintiff-Appellee,

v

MICHAEL GLASGOW and CITY OF FLINT,
> Defendants-Appellants,

and

DARNELL EARLY,
> Defendant,

and

STATE OF MICHIGAN,
> Intervening Party.

SC: 155577
COA: 334798
Ct of Claims: 2016-000186-MZ

_____/

On order of the Court, the application for leave to appeal the February 21, 2017 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, C.J., and ZAHRA and WILDER, JJ., would remand this case to the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk

t1017